1  James D. Boughey (SBN 44880)
   Rebecca Crosby (SBN 221241)
2  WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
3  650 California Street, 14th Floor
   San Francisco, CA  94108
4  Telephone:   (415) 433-0990
   Facsimile:    (415) 434-1370
5
   Attorneys for Plaintiff,
6  Harwood Products, Inc.

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 HARWOOD PRODUCTS, INC., a       )   Case No. 05-CV-1504 PJH
   corporation,                    )
12                                 )   **NOTICE OF DISMISSAL OF ACTION
                  Plaintiff,       )   WITH PREJUDICE** AND ORDER
13                                 )
   v.                              )
14                                 )
   OCEAN OREGON, a barge, and PACIFIC )
15 LINK OCEAN SERVICES CORP., a    )
   corporation,                    )
16                                 )
                  Defendants.      )
17 _____)

18        Plaintiff HARWOOD PRODUCTS, INC. ("Plaintiff"), by and through its counsel of

19 record, hereby requests that the above-captioned action be dismissed with prejudice pursuant to

20 the Federal Rules of Civil Procedure, Rule 41.

21        Each party shall bear its own costs and attorneys' fees in this action.

22

23 Dated:  August 8, 2005

24                                   WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

25

26                                   By:  _____/s/   James D. Boughey_____
                                              JAMES D. BOUGHEY
27

28

*IT IS SO ORDERED*
*[signature]*
*Judge Phyllis J. Hamilton*

                                       1

166196.1